Same case below, 413 Fed. Appx. 584.

**No. 11-5160. Larry Buchanan, Petitioner v. Texas.**

565 U.S. 892, 132 S. Ct. 276, 181 L. Ed. 2d 164, 2011 U.S. LEXIS 5643.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fourth District, denied.

**No. 11-5161. Andrea Bloodworth, aka Andrea Thettle Green, Petitioner v. United States.**

565 U.S. 892, 132 S. Ct. 276, 181 L. Ed. 2d 164, 2011 U.S. LEXIS 5492.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 412 Fed. Appx. 639.

**No. 11-5162. Jeremy Heath Ned, Petitioner v. United States.**

565 U.S. 893, 132 S. Ct. 276, 181 L. Ed. 2d 164, 2011 U.S. LEXIS 5633.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 637 F.3d 562.

**No. 11-5163. Michael Shavers, Petitioner v. Catherine Bauman, et al.**

565 U.S. 893, 132 S. Ct. 276, 181 L. Ed. 2d 164, 2011 U.S. LEXIS 5506.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5164. Timothy Sherod, Petitioner v. Georgia Department of Corrections, et al.**

565 U.S. 893, 132 S. Ct. 276, 181 L. Ed. 2d 164, 2011 U.S. LEXIS 5483.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

**No. 11-5165. Patrick Daniel, Petitioner v. Barry Davis, Warden.**

565 U.S. 893, 132 S. Ct. 276, 181 L. Ed. 2d 164, 2011 U.S. LEXIS 5593.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5166. Sridat S.R.S. Chinsammy, Petitioner v. United States.**

565 U.S. 893, 132 S. Ct. 277, 181 L. Ed. 2d 164, 2011 U.S. LEXIS 5598.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 417 Fed. Appx. 950.

**No. 11-5167. Kyle Greenspan, Petitioner v. California.**

565 U.S. 893, 132 S. Ct. 277, 181 L. Ed. 2d 164, 2011 U.S. LEXIS 5678.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.